Exhibit A
To the Complaint

Alacron, Aldana

Aubuchon, Martin

Banker, Jude

Banker, Thaddeus

Bartholomew, Payton

Brooksher, Nicholas

Brown, Alyssa

Brunwasser, Katherine

Carter, Taz

Cooper, Kyle

Domenick, Desiree

Etzkorn, Nancy

Foulk, Chelsea

Gary, Emmy

Goodson, Dillon

Guenther, Abigail

Haefner, Charlie

Heagney, Emily

Heidger, Joe

Holder, Curtis

Hollins-Lewis, Sydney

Horner, Garret

Jansen, Andrew

Joly, Ethan

Joly, Issac

Keane, Amie

Kortkamp, Lindsey

Kunes, Joseph

Lahai-Pumagoi, Kareem

Looker, Michelle

Lynch, Madelyn

Maddox, Lauren

McMichael, Elizabeth

Moore, Gretchen

Moszur, Nicole

Murphy, Tilahun

Parvis, Claudia

Pillman, Shauna

Prince, Hannah

Rathjan, Emily

Richars, Emily

Rick, Olivia

Schehl, Courtney

Schommer, Patrick

Scott, Mason

Shultz, Michael

Sullivan, Brenna

Thacker, Benjamin