MOED-0001             DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

MARTIN J. WALSH, Secretary of Labor,       )
United States Department of Labor          )
Plaintiff(s),                              )
                                           )
vs.                                        )   Case No. 4:22-cv-1130
                                           )
RBC MANAGEMENT LLC,                        )
ROCKWELL BEER COMPANY LLC, RBC BIERGARTEN LLC, )
CHRISTOPHER HULSE, Individually, and HEATHER SANDERS, Individually, )
Defendant(s).                              )

**DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE**

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for ROCKWELL BEER COMPANY, LLC hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

a. Whether the subject organization is publicly traded, and if it is, on which exchange(s):

b. Its parent companies or corporations (if none, state "none"):

c. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):

d. Any publicly held company or corporation that owns any of the subject corporation's stock (if none, state "none"):

2. If the subject organization is a limited liability company or a limited liability partnership, its members and sub-members and each member's and sub-member's state(s) of citizenship:
Rockwell Collective LLC (Missouri); Landsdowne Partners LLC (Missouri); Heather J. Sanders (Missouri); Chris J. Hulse (Missouri)

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

MOED-0001        DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

    By signing this form, counsel acknowledges that "if any required information changes," counsel must file an amended certificate within seven (7) days of the change.  E.D.Mo. L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(b)(2).

/s/ James M. Paul
_____
Signature (Counsel for Plaintiff/Defendant)
Print Name: James M. Paul
Address: 7700 Bonhomme Ave. Suite 650
City/State/Zip: St. Louis, MO 63105
Phone: 314-802-3935

Certificate of Service

    I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on: December 5, 2022.

James M. Paul
_____
Signature