IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JULIE SU,[1]<br>ACTING SECRETARY OF LABOR<br>U.S. DEPARTMENT OF LABOR<br><br>  Plaintiff,<br><br>v.<br><br>RBC MANAGEMENT LLC, et al.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 4:22-cv-01130-SRC<br>)<br>)<br>)<br>)<br>) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**
**OF DEFENDANTS CHRISTOPHER HULSE AND HEATHER SANDERS**

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff, Secretary of Labor, by and through her undersigned counsel, and Defendants, by and through their undersigned counsel, jointly stipulate to the dismissal of Defendant Christopher Hulse and Defendant Heather Sanders from this action, with prejudice, each party to bear their own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| Seema Nanda<br>Solicitor of Labor<br><br>Christine Z. Heri<br>Regional Solicitor<br><br>Evert H. Van Wijk<br>Associate Regional Solicitor<br><br>/s_Elaine M. Smith_____<br>Elaine M. Smith<br>Trial Attorney | By: /s/ James M. Paul_____<br>James M. Paul, #44232 MO<br>Ogletree, Deakins, Nash, Smoak &<br>Stewart, P.C.<br>7700 Bonhomme Avenue, Suite 650<br>St. Louis, MO 63105<br>Telephone: (314) 802-3935<br>Facsimile: (314) 802-3960<br>james.paul@ogletree.com<br><br>***Attorneys for Defendant*** |

---

[1] This action was commenced in the name of Martin J. Walsh, Secretary of the Department of Labor. Mr. Walsh is now the former Secretary of Labor and Julie Su is now the Acting Secretary. Therefore, Ms. Su is being automatically substituted for Mr. Walsh as the Plaintiff, pursuant to Fed. R. Civ. P. 25(d), and the caption of this action is amended accordingly.

MO 69352
U.S. Department of Labor
Office of the Solicitor
2300 Main Street, Suite 10100
Kansas City, MO 64108
Telephone: (816) 285-7262
Fax: (816) 285-7287
E-mail: smith.elaine.m@dol.gov

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2023, I electronically filed the foregoing with the Clerk of the Court CM/ECF system, which sent notification of such filing to the party listed below:

James M. Paul,
7700 Bonhomme Avenue, Suite 650
St. Louis, MO 63105
Telephone: (314) 802-3935
Facsimile: (314) 802-3960
james.paul@ogletree.com

Attorneys for Defendants

                                              s/ Elaine M. Smith
                                              Elaine M. Smith