**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JULIE SU, ACTING SECRETARY OF LABOR U.S. DEPARTMENT OF LABOR        Plaintiff, v.  RBC MANAGEMENT LLC, ROCKWELL BEER COMPANY LLC, and RBC BIERGARTEN LLC,        Defendants. | Case No. 4:22-cv-01130-SRC |

## CONSENT ORDER AND JUDGMENT

Plaintiff, Julie Su, Acting Secretary of Labor, United States Department of Labor, has filed a complaint under the Fair Labor Standards Act of 1938 as amended (29 U.S.C. § 201 *et seq.*) ("FLSA"), and Defendants RBC Management LLC, Rockwell Beer Company LLC, and RBC Biergarten LLC (collectively "Defendants") have appeared by counsel and agree to the entry of this Consent Order and Judgment without contest.

The Parties agree and the Court finds Defendants are engaged in related activities performed through unified operation or common control for a common business purpose and are an "enterprise" under 29 U.S.C. § 203(r) of the FLSA.

The Parties agree and the Court finds Defendants are an enterprise engaged in commerce or in the production of goods for commerce within the meaning of 29 U.S.C. § 203(1)(A) of the FLSA.

The Parties agree and the Court finds Defendants are employers as defined in 29 U.S.C. § 203(d) of the FLSA.

The Secretary and Defendants, however, understand and agree by and among the parties hereto that by entering into a Settlement Agreement, Defendants do not admit the truth of any other allegations made in the Complaint, and this is a compromise of disputed claims which should not be construed as an admission of liability on the part of any Defendant for any purpose. Defendants expressly deny any wrongdoing or liability.

The terms of the Settlement Agreement have been outlined and agreed to in a separate document.

Upon motion of attorneys for the Secretary and Defendants and for cause shown, it is:

ORDERED, ADJUDGED, AND DECREED, pursuant to section 17 of the FLSA that Defendants, their officers, agents, servants, and all persons acting or claiming to act on their behalf and interest be, and they hereby are, permanently enjoined and restrained from violating the provisions of sections 3(m)(2)(B), 6, 7, 11(c), 15(a)(2), 15(a)(3), and 15(a)(5) of the FLSA.

It is FURTHER ORDERED that each party shall bear their own costs, fees and other expenses incurred by such party in connection with any stage of this proceeding, but not limited to, attorney fees which may be available under the Equal Access to Justice Act, as amended.

Dated this 1st day of September, 2023.

_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE

Entry of this judgment
is hereby consented to:

For Defendants:

RBC Management LLC,
Rockwell Beer Company LLC, and
RBC Biergarten LLC:


s/ James M. Paul
James M. Paul, #44232 MO
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
7700 Bonhomme Avenue, Suite 650
St. Louis, MO 63105
Telephone: (314) 802-3935
Facsimile: (314) 802-3960
james.paul@ogletree.com



For Plaintiff:

Seema Nanda
Solicitor of Labor

Christine Z. Heri
Regional Solicitor

Evert H. Van Wijk
Associate Regional Solicitor


  s/ Elaine M. Smith
Elaine M. Smith
Trial Attorney
Bar No. 69352 (MO)

U.S. Department of Labor
Office of the Solicitor
2300 Main Street, Suite 10100
Kansas City, MO 64108
Telephone: (816) 285-7262
Fax: (816) 285-7287
E-mail: smith.elaine.m@dol.gov

*Attorneys for Plaintiff*